# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Speedway Motorsports, Inc,

    Plaintiff(s),

vs.

National Union Firs Insurance Company of Pittsburgh, PA et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv472

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/14/08 Order.

Signed: November 14, 2008

Frank G. Johns, Clerk
United States District Court